Case 5:18-mj-00195-LLK Document 1 Filed 08/10/18 Page 1 of 3 PageID #: 1

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 10 2018
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

KEVIN Q. GREEN

INFORMATION

NO. 5:18MJ-195-LLK
21 U.S.C. §844
18 U.S.C. §13
(T.C.A. 39-17-425)

The United States Attorney charges:

## COUNT 1

On or about the 16th day of June 2018, in the Middle District of Tennessee, Fort Campbell, within the special maritime and territorial jurisdiction of the United States, KEVIN Q. GREEN, defendant herein, did knowingly possess a controlled substance, to wit: marijuana.

In violation of Title 21, United States Code, Section 844.

## COUNT 2

On or about the 16th day of June 2018, in the Middle District of Tennessee, at Fort Campbell, Tennessee, within the special maritime and territorial jurisdiction of the United States, KEVIN Q. GREEN, defendant herein, possessed with intent to use drug paraphernalia to prepare and introduce into the human body a controlled substance or controlled substance analogue in violation of Tennessee Criminal Code.

In violation of Title 18, United States Code, Section 13 (T.C.A. 39-17-425).

DONALD Q. COCHRAN
United States Attorney

BY: _____
RICHARD B. LEIPER
Special Assistant U.S. Attorney

KEVIN Q. GREEN

## PENALTIES

### COUNT 1

21 U.S.C. §844

MINIMUM: $1,000

MAXIMUM: $100,000 and/or 1 year confinement

SPECIAL ASSESSMENT: $25

### COUNT 2

18 U.S.C. §13 (T.C.A. 39-17-425)

MINIMUM:

MAXIMUM: $2,500 & 11 months and 29 days confinement

SPECIAL ASSESSMENT: $25